UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:18-cv-62353-FAM

ALAN REDDISH,

        Plaintiff,

LODKA HOUSE, INC.,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, through undersigned Counsel, hereby notifies the Court that the Parties have reached a settlement agreement of all claims and issues that were or could have been raised by the Plaintiff in this lawsuit. The parties are preparing closing documents and Plaintiff will be moving for voluntary dismissal with prejudice within 21 days.

Dated this, December 3, 2018

LAUREN N. WASSENBERG, ESQ.
*Attorney for Plaintiff*
1825 NW Corporate Blvd. Ste 110
Boca Raton, FL 33431
Ph: 561-571-0646
Email:  WassenbergL@gmail.com

By: /s/ Lauren N. Wassenberg____
      Lauren N. Wassenberg, Esq.
      Florida Bar No. 34083

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 3rd day of December 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Lauren Wassenberg
Lauren Wassenberg, Esq.
Florida Bar No.: 34083